| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>DIEGO PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DIEGO PEREZ,<br><br>  Defendant. | Case No. 1:16-cr-00166 LJO<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |

On June 26, 2017, Diego Perez was granted pretrial release under conditions including, as part of condition 7(v), that Perez not drive a motor vehicle. Perez has since obtained a temporary California Driver's License that authorizes him to operate a motor vehicle until July 13, 2018; and Perez has purchased SR22 automobile insurance. Mr. Perez has provide verification of his temporary driving privilege and auto insurance to his supervising United States Probation Officer, Chhoeuth Bou. Mr. Perez is awaiting sentencing and has performed well on release. The parties request that Perez's conditions of release may be modified to eliminate the clause in condition 7(v) that prohibits Perez from driving. All other conditions of release, including all other conditions listed at 7(v), shall remain in full force and effect. The requested modification shall remain in effect only so long as Mr. Perez is maintains a valid California Driver's license, and remains properly insured to drive a motor vehicle.

Based on the foregoing, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey A. Spivac, counsel for

| | |
|---|---|
| 1 | plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for Defendant Diego Perez, |
| 2 | that Mr. Perez's conditions of release may be modified to eliminate that portion of condition 7(v) |
| 3 | that prohibits Mr. Perez from operating a motor vehicle. The parties believe the remaining |
| 4 | conditions are adequate to reasonably assure Mr. Perez's presence at all further proceedings, and |
| 5 | to protect the safety of the community. Counsel have discussed the proposed modification with |
| 6 | U.S. Probation Officer Chhoeuth Bou. He does not object to the proposed modification. |

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 22, 2018        By:    /s/ Jeffery A. Spivak
                                  JEFFREY A. SPIVAK
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: May 22, 2018        By:    /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DIEGO PEREZ

O R D E R

IT IS SO ORDERED. Diego Perez's conditions of release shall be modified to eliminate that portion of condition 7(v) that prohibits him from driving. All other conditions of release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 22, 2018**

_____
UNITED STATES MAGISTRATE JUDGE